ALLMAN v. GILBERT *et al.*

1. PRACTICE. The Supreme Court will not review a judgment rendered by the court below on the trial of a cause without the intervention of a jury, when no findings of fact and conclusions of law thereon were made by the court, and no motion was made for a new trial. (*Warner* v. *Pace*, 10 Iowa, 391; *Corner & Co.* v. *Gaston*, Id., 512; *Robison* v. *Saunders*, *ante*, and the cases there cited; *Byington* v. *Woodward & Warde*, 9 Iowa, 360.)

*Appeal from Iowa District Court.*

MONDAY, APRIL 13.

*Martin & Driver* for the appellant.

*Tim. Brown* for the appellee.

WRIGHT, J.—The principal question made by appellant in this case cannot be reviewed by us. He claims that the court erred in finding for plaintiff upon all the testimony admitted. The cause was submitted to the judge without the intervention of a jury, but the facts were not found, nor the conclusions of law founded thereon. Nor was any motion made for a new trial. That appellant cannot, under such circumstances, ask a revision of the judgment, see *Warner* v. *Pace*, 10 Iowa, 391; *Corner & Co.* v. *Gaston*, Id., 512; *Robison* v. *Saunders, McKibben & Co.*, *infra;* *Byinyton* v. *Woodward & Warde*, 9 Iowa, 360, and the cases there cited.

The defendants A. Gilbert and Appelgate do not appeal. Whether they were properly served with notice of the pendency of the action, therefore, we need not determine. We remark, however, that if not served they made a voluntary appearance, and that cured all defects.

                                        Affirmed.